Joseph Y. Avrahamy, Esq., SBN: 150885
LAW OFFICES OF JOSEPH Y. AVRAHAMY
16530 Ventura Boulevard, Suite 208
Encino, California 91436
PH. (818) 990-1757
FAX: (818) 990-1955
Email: avrahamylaw@sbcglobal.net

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRIS COHEN,<br><br>Plaintiff,<br><br>vs.<br><br>CDCR SPECIAL AGENT WILLIAM YARBROUGH, SPECIAL AGENT DAWN HARVELL; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: CV-12-1901 RGK (JCGx)<br><br>*Assigned to U.S. District Judge R. Gary Klausner*<br><br>**ORDER RE: DISMISSAL** |

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned action be and hereby is dismissed, in its entirety, *with prejudice*, each party to bear its own respective costs and attorneys' fees.

DATED: February 05, 2013     By: _/s/ Gary Klausner_____
                                                            UNITED STATES DISTRICT JUDGE